IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | : | CASE NO. 3:18MJ052 |
| | | 3:18MJ053 |
| SEALED DOCUMENT | | 3:18MJ054 |

FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 MAR -9 PM 3:08

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

---

ORDER SEALING APPLICATIONS, SEARCH WARRANTS,
SUPPORTING AFFIDAVITS AND RETURNS

---

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Applications, Supporting Affidavits, Search Warrants and Returns for captioned Search Warrants be sealed and kept from public inspection.

___3-9-18___
DATE

_____
SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE